IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sentinel Insurance Company, Limited,<br><br>    Plaintiff,<br><br>v.<br><br>Shaarei Tzion; Ahavat Israel-Bucharian Jewish Community; Baruch Cohen; Elinor Cohen; and Alexander Priyev,<br><br>    Defendants.<br>_____<br><br>Shaarei Tzion-Ohel Bracha Affiliated With Bet Gavriel of Phoenix, an Arizona non-profit corporation,<br><br>    Cross-Claimant,<br><br>v.<br><br>Ahavat Israel-Bucharian Jewish Community, an Arizona non-profit corporation; Baruch Cohen and Elinor Cohen, husband and wife; Alexander Priyev and Sarah Priyev, husband and wife,<br><br>    Cross-Defendants.<br>_____<br><br>Ahavat Israel-Bucharian Jewish Community, an Arizona non-profit corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>Shaarei Tzion-Ohel Bracha Affiliated With | No. CV-15-00208-PHX-NVW<br><br>**JUDGMENT** |

Bet Gavriel of Phoenix, an Arizona non-profit corporation,

    Counterdefendant.

Pursuant to the order (Doc. 93) of March 31, 2017, and the determinations made in open court on May 16, 2017 (Doc. 100),

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Shaarei Tzion have declaratory judgment against Ahavat Israel on Count I of Shaarei Tzion's cross-claim for conversion for liability for replevin or for damages for loss of possession alone, at Shaarei Tzion's election, to which Sentinel Insurance Company, Limited, is and shall be subrogated to the extent Sentinel Insurance pays Shaarei Tzion's insurance claim for the same loss.

2. Shaarei Tzion have judgment against Ahavat Israel on Count III of Ahavat Israel's cross-claim for conversion.

3. Count IV of Ahavat Israel's cross-claim against Shaarei Tzion for unjust enrichment for improvements to the Seventh Street synagogue is dismissed with prejudice for failure to state a claim.

4. Count II of Shaarei Tzion's cross-claim for unjust enrichment is dismissed for failure to state a claim due to adequate remedies at law for replevin or damages.

5. In the Court's discretion, Plaintiff Sentinel's Insurance Company's remaining requests for declaratory judgment are dismissed without prejudice, as this Judgment adjudicates all aspects of Sentinel's action that are ripe and appropriate for declaratory judgment and suffices to allow Sentinel to resume its claim processing in good faith without undue burden and expense on the insured of having to prove up in litigation what Sentinel is obligated to accept or reject based on the claim process.

6. All claims of Plaintiff, which are the only basis for subject matter jurisdiction, having been disposed of, all cross-claims between the Defendants not

expressly adjudicated above are dismissed for lack of federal jurisdiction in the Court's discretion under 28 U.S.C. § 1367.

The Clerk shall terminate this case.

Dated: July 14, 2017.

_____
Neil V. Wake
Senior United States District Judge